UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RALPH MONTE and AMARILLIS MONTE,

    Plaintiffs,

v.   Case No: 6:23-cv-288-JSS-DCI

SHERWIN-WILLIAMS DEVELOPMENT CORPORATION,

    Defendant.
_____/

## ORDER

The court has been notified in the Notice of Resolution (Dkt. 65) that the parties have reached an agreement to settle this matter. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and to close this case.

    **ORDERED** in Orlando, Florida, on January 16, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record